IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, DAYTON

| | |
|---|---|
| JAMES PRICE, | ) CASE NO. 3:16-cv-00355-WHR |
| Plaintiff, | ) JUDGE WALTER H. RICE |
| vs. | ) MAGISTRATE JUDGE MICHAEL NEWMAN |
| SMEDLEY'S CHEVROLET SALES, Inc., | ) **JUDGMENT ENTRY** |
| Defendant. | ) |

The Parties' Joint Motion to Amend the Calendar is hereby GRANTED. The deadline for the completion of all discovery in this matter is February 7, 2018. The deadline for the filing of dispositive motions is March 7, 2018.

**IT IS SO ORDERED.**

_____
JUDGE WALTER H. RICE

_____
MAGISTRATE JUDGE MICHAEL NEWMAN